IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-81-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER ALLOWING STAY** |
| ) | **OF CIVIL PROCEEDINGS** |
| $26,765.00 in U.S. CURRENCY ) | |
| SEIZED FROM 8608 FORESTER LANE ) | |
| APEX, NORTH CAROLINA, ET AL., ) | |
| ) | |
| Defendants. ) | |

On motion of the Government, and for good cause shown, it is hereby

ORDERED that this case shall be stayed until the conclusion of all criminal and/or appellate proceedings in respect to the potential claimant in <u>United States v. Jamal Mohammad Eleidy</u>, No. 5:19-CR-00133-FL.

SO ORDERED this 6th day of June, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge